Norman Edinger, an Infant, by Peter Edinger, His Guardian ad Litem,

Respondent, v. City of Buffalo, Appellant.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented; Lambert, J., not sitting.